RECEIVED
OCT 0 9 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| PATRICK LYNN RUSSELL | CIVIL ACTION NO. 13-3268-P |
| VERSUS | JUDGE STAGG |
| DEPUTY SLAY, ET AL. | MAGISTRATE JUDGE HORNSBY |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

IT IS ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, in chambers, at Shreveport, Louisiana, on this 9th day of October 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE