**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

PATRICK LYNN RUSSELL                    CIVIL ACTION NO. 13-3268

VERSUS                                               JUDGE S. MAURICE HICKS, JR.

DEPUTY SLAY, ET AL                        MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Record Document 49) is **DENIED**, and Defendants' Motion for Summary Judgment (Record Document 43) is **GRANTED** by dismissing with prejudice all of Plaintiff's claims against all defendants.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 5th day of August, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE